```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF GEORGIA
                       AUGUSTA DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-036 |
| | * | |
| CHARLES BRANDON POWELL | * | |

**O R D E R**

Pending before the Court is *pro se* Defendant Charles Brandon Powell's motion for clarification. (Doc. 70.) This motion follows a motion to compel (Doc. 67), in which Defendant sought an order compelling his former attorney to turn over his case file. That motion was denied. (See Order of October 19, 2020, Doc. 69.)

In the present motion, Defendant requests copies of four documents. Defendant requests copies of 1) the docket sheet; 2) a transcript of his plea colloquy; 3) his Judgment and Commitment Order; and 4) a Section 2255 form. Defendant states that he cannot obtain these documents from his former lawyer because their relationship "has dissolved beyond the norms of a former attorney and client to one which has become hostile and rancid."

As explained in the previous Order, a defendant is not entitled to free copies of court documents and transcripts before preparing a collateral attack. Upon consideration, the motion (Doc. 70) is **DENIED**. However, as a matter of courtesy, the Clerk is directed to include a copy of the docket sheet and a copy of

the Section 2255 form (Form AO 243) when mailing this Order to Defendant.

**ORDER ENTERED** at Augusta, Georgia, this ___16th___ day of November, 2020.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```